Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−33173−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl Colbourne
   623 Carolina Avenue
   Brick, NJ 08724

Social Security No.:
   xxx−xx−3750

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33173-KCF
Darryl Colbourne                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jan 14, 2019
                               Form ID: 148             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db             +Darryl Colbourne,    623 Carolina Avenue,    Brick, NJ 08724-1282
cr             +U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE F,     RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517886891      +Bayview Fin,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
517886893      +Cardmember Services,    POB 6294,    Carol Stream, IL 60197-6294
517886894       Chase Card,    Cardmember Services,    P.O. Box 6294,    Carol Stream, IL 60197-6294
517886895      +Debt Recovery Solutions,    6800 Jericho Turnpike,,    Suite 113E,,    Syosset NY 11791-4401
517886896      +Fay Servicing LLC,    P.O. Box 809441,    Chicago, IL 60680-9441
517886899      +Kareem J. Crawford, Esquire,    18 Almond Rd.,    Burlington, NJ 08016-3184
517886897      +PHELAN HALLINAN DIAMOND & JONES, PC,     400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
517907658      +U.S. Bank Trust National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517918175       US Bank Nat. ssoc,    200 Gibraltor Road, Suite 300,    PA
517886898      +US Bank Trust National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517886890       EDI: BANKAMER.COM Jan 15 2019 04:48:00      Bank of America, NA,    PO Box 15019,
                 Wilmington, DE 19886-5019
517896106      +EDI: AISACG.COM Jan 15 2019 04:48:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517886892      +EDI: AISACG.COM Jan 15 2019 04:48:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517925519       EDI: RESURGENT.COM Jan 15 2019 04:48:00      Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517886889      +EDI: WFFC.COM Jan 15 2019 04:48:00      Wells Fargo Home Mortgage,    PO Box 14591,
                 Des Moines, IA 50306-3591
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Structured Asset Securities Corporation Mortgage
               Pass-Through Certificates, Series 2006-BC4, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kareem J Crawford    on behalf of Debtor Darryl  Colbourne kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Structured Asset Securities Corporation Mortgage
               Pass-Through Certificates, Series 2006-BC4, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6